**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **BPI SPORTS, LLC** | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **27-1669762** | |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **3149 SW 42nd Street**<br>**Suite 200**<br>**Fort Lauderdale, FL 33312**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Broward**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)     **www.bpisports.com**

6. **Type of debtor**

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

Debtor    **BPI SPORTS, LLC**                                    Case number (*if known*) _____
_____
Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    5499

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ A plan is being filed with this petition.

■ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor    **BPI SPORTS, LLC**                                                                Case number (*if known*) _____
_____
Name

**10.  Are any bankruptcy cases**
**pending or being filed by a**        ☑ No
**business partner or an**            ☐ Yes.
**affiliate of the debtor?**

List all cases. If more than 1,       Debtor _____    Relationship _____
attach a separate list

District _____ When _____    Case number, if known _____

**11.  Why is the case filed in**      *Check all that apply:*
**this district?**
☑    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**        ☑ No
**have possession of any**
**real property or personal**        ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?**
**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____
**Where is the property?**   _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

| | **Statistical and administrative information** |
|---|---|

**13.  Debtor's estimation of**    .      *Check one:*
**available funds**
☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of**     ☐ 1-49                    ☐ 1,000-5,000              ☐ 25,001-50,000
**creditors**          ☐ 50-99                   ☐ 5001-10,000              ☐ 50,001-100,000
☑ 100-199                 ☐ 10,001-25,000            ☐ More than100,000
☐ 200-999

**15.  Estimated Assets**       ☐ $0 - $50,000            ☑ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16.  Estimated liabilities**    ☐ $0 - $50,000            ☑ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion

Debtor    **BPI SPORTS, LLC**
Name

Case number (*if known*)

☐ $50,001 – $100,000          ☐ $10,000,001 – $50 million          ☐ $1,000,000,001 – $10 billion
☐ $100,001 – $500,000         ☐ $50,000,001 – $100 million         ☐ $10,000,000,001 – $50 billion
☐ $500,001 – $1 million        ☐ $100,000,001 – $500 million        ☐ More than $50 billion

Debtor    **BPI SPORTS, LLC**_____ Case number (*if known*) _____
              Name

▓▓▓▓▓  **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
                          MM / DD / YYYY

X _____          **Derek Ettinger**_____
Signature of authorized representative of debtor          Printed name

Title    **Authorized Representative**_____

---

**18. Signature of attorney**    X    */s/ Eyal Berger*_____          Date    **09/18/2023**_____
                                          Signature of attorney for debtor                              MM / DD / YYYY

**Eyal Berger 11069**_____
Printed name

**Akerman LLP**_____
Firm name

**201 East Las Olas Blvd.**
**Suite 1800**
**Fort Lauderdale, FL 33301**_____
Number, Street, City, State & ZIP Code

Contact phone    **954-463-2700**_____    Email address    **eyal.berger@akerman.com**_____

**11069 FL**_____
Bar number and State

**JOINT WRITTEN CONSENT OF**
**THE BOARD OF MANAGERS OF BE POWERFUL, LLC**
**AND**
**THE SOLE MANAGER OF BPI SPORTS, LLC**

September 15, 2023

The undersigned, being the sole manager serving on the board of managers (the "Board") of Be Powerful, LLC, a Florida limited liability company ("Parent") and the sole manager (the "Manager") of BPI Sports, LLC, a Florida limited liability company (the "Company"), do hereby consent to and adopt the following resolutions by written consent without a meeting pursuant to the provisions of the Florida Revised Limited Liability Company Act, as amended from time to time, Parent's Third Amended and Restated Limited Liability Company Operating Agreement, dated as of December 5, 2014 (as amended, the "Parent Operating Agreement") and the Company's Amended and Restated Operating Agreement, dated March 7, 2014 (as amended, the "Company Operating Agreement"), which resolutions shall be deemed to have been adopted to the same extent and to have the same force as if adopted at a formal meeting, and the undersigned do hereby waive all formal requirements, including but not limited to, the necessity of holding a formal or informal meeting, and any requirements that notice of such meeting be given, and direct that this action be filed with the records of Parent and the Company, respectively.

**Reorganization by Petition Under the Bankruptcy Code**

**WHEREAS**, Derek M. Ettinger is the sole manager serving on the Board of Parent;

**WHEREAS**, pursuant to Section 7.01(a) of the Parent Operating Agreement, the Board of Parent is granted the right, power, and authority to manage Parent's affairs;

**WHEREAS**, Parent is the sole member and manager of the Company;

**WHEREAS**, Parent, in its capacity as manager of the Company, is granted the exclusive right, power, and authority under the Company Operating Agreement to manage the Company's operations and business;

**WHEREAS**, Parent, in its capacity as sole manager of the Company, has considered the circumstances of the business, assets, and outstanding liabilities of the Company, including but not limited to review of a five-year projection and liquidation analysis, and determined that a reorganization of the Company is necessary in order to maintain the Company as a going concern;

**WHEREAS**, the undersigned have been presented with a form of Debtor's Plan of Reorganization (the "Plan of Reorganization"), pursuant to which, among other things, the Company will reorganize its debts, claims, and equity interests;

**WHEREAS**, the undersigned have been presented with a form of Restructuring Support Agreement, by and among the Company's largest creditor and supplier, Hi-Tech Pharmaceuticals, Inc. ("HTP"), the Company, Bronx Ventures, LLC, Derek Ettinger (the "Support Agreement"), pursuant to which, among other things, HTP provide financing necessary to complete the reorganization, HTP will forgive certain indebtedness of the Company, HTP will, in exchange for 100% of the equity of the Company, guaranty payments under the Plan of Reorganization and satisfaction of HTP's claims against the Company, and the Company will retain Derek Ettinger as a short-term consultant to assist with transition of the Company's business operations; and

72655205;2

**WHEREAS**, the undersigned have reviewed the Plan of Reorganization and the exhibits and schedules thereto, including the Support Agreement, and desire to approve and adopt the Plan of Reorganization, the Support Agreement, and each other documents, agreement, instrument or certificate to be executed, delivered, or filed in connection therewith or contemplated thereby (the "Reorganization Documents").

**NOW, THEREFORE, BE IT RESOLVED**, that in the judgment of the Board, it is in the best interests of Parent, the Company, its creditors, and other interested parties that the Company reorganize by filing a petition be filed by the Company in the United States Bankruptcy Court for the Southern District of Florida (the "Bankruptcy Court") seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and be it

**RESOLVED FURTHER**, that the Board directs Parent, in its capacity as manager of the Company, to direct the Company to reorganize by filing such a petition with the Bankruptcy Court as soon as practicable; and be it

**RESOLVED FURTHER**, that the undersigned hereby approve the transactions contemplated by the Reorganization Documents and do hereby approve and adopt each of the Reorganization Documents; and be it

**RESOLVED FURTHER**, that each of Derek M. Ettinger and Chris Mackenzie (each, an "Authorized Person") is hereby authorized, empowered and directed on behalf and in the name of the Company to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that such Authorized Person deems necessary, desirable and proper in connection with the commencement of the Company's Chapter 11 case (the "Chapter 11 Case"); and be it

**RESOLVED FURTHER**, that each Authorized Person is authorized, empowered and directed on behalf and in the name of the Company to execute and deliver each of the Reorganization Documents with such amendments thereto and all other petitions, instruments, documents, agreements, financing statements, certificates, releases, schedules, lists, applications, and other papers as contemplated by the Reorganization Documents or the Chapter 11 Case as he shall deem necessary, desirable, or advisable, his signature thereon to conclusively evidence such necessity, desirability, or advisability, and to do all other acts as may be required, appropriate or necessary to carry out and perform the transactions contemplated by each of the Reorganization Documents and the Chapter 11 Case; and be it

**RESOLVED FURTHER**, that subject to the Bankruptcy Code, and otherwise applicable law, each Authorized Person shall have all of the right, power, and authority to manage and direct the business and affairs of the Company and to do any and all acts on behalf and in the name of the Company that are necessary or convenient to or in furtherance of any decisions within the scope of his authority and any and all actions that are related or incidental to the accomplishment of such actions, all without the consent of any other person or entity, including but not limited to the following: (i) the determination and implementation of an overall strategy in the Chapter 11 Case; (ii) the direction and administration of the Chapter 11 Case and the hiring and direction of the Company's professionals in connection therewith, (iii) the operation and management of the Company at all times during the pendency of the Chapter 11 Case, (iv) the development and adoption of any plan of restructuring or plan of liquidation for the Company, (v) the day-to-day responsibilities of the Company at all times during the pendency of the Chapter 11 Case; (vi) any process to market and sell the Company's assets; (vii) the borrowing of funds from, and provision of guaranties to, and the undertaking of related financing transactions, including the use of cash collateral, with such lenders and on such terms as may be reasonably necessary for the continuing conduct of the affairs of the Company and the paying of related fees and granting of security interests in and liens

72655205;2

upon some, all or substantially all of the Company's assets, as may be deemed necessary by such Authorized Person in connection with such borrowings; (viii) making any other decisions or performing any other such acts consistent with operating the Company in the Chapter 11 Case and prosecuting the Chapter 11 Case to a successful conclusion; (ix) any and all action necessary or convenient to or in furtherance of any of the foregoing; and (x) any and all actions related or incidental to the accomplishment of any of the foregoing, in each case without the consent of any other person or entity.

**Advisory Services and Debtor-In-Possession Financing**

**WHEREAS**, in connection with the reorganization, the Company will require the services of legal, financial, restructuring, and other professionals during the Chapter 11 Case; and

**WHEREAS**, it is in the best interests of the Company, its creditors, and other interested parties to obtain debtor-in-possession financing in furtherance of the Chapter 11 Case.

**NOW, THEREFORE, BE IT RESOLVED**, that each Authorized Person is hereby authorized, empowered, and directed on behalf and in the name of the Company to execute appropriate retention agreements and pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case; and be it

**RESOLVED FURTHER**, that each Authorized Person is hereby authorized, empowered, and directed on behalf and in the name of the Company to retain the law firm of Akerman LLP ("Akerman") as bankruptcy counsel to represent and assist the Company in carrying out its duties under Chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, and each Authorized Person is hereby authorized, empowered and directed on behalf and in the name of the Company to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and to cause to be filed an appropriate application for authority to retain the services of Akerman; and be it

**RESOLVED FURTHER**, that each Authorized Person is hereby authorized, empowered and directed on behalf and in the name of the Company to employ any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, each Authorized Person is hereby authorized, empowered and directed on behalf and in the name of the Company to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the Chapter 11 Case and cause to be filed appropriate applications with the Bankruptcy Court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper; and be it

**RESOLVED FURTHER**, that each Authorized Person is hereby authorized, empowered and directed on behalf and in the name of the Company to obtain post-petition financing according to terms which may be negotiated by the management of the Company, including under debtor-in-possession credit facilities or the use of cash collateral; and to enter into any guaranties and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreement; and in connection therewith, each Authorized Person is hereby authorized, empowered and directed on behalf and in the name of the Company to execute appropriate loan agreements, cash collateral agreements and related ancillary documents; and be it

**RESOLVED FURTHER**, that each Authorized Person is hereby authorized, empowered and directed on behalf of and in the name of the Company to seek the highest and best value for the assets of the Company, including (a) marketing the Company, its business and its assets, (b) identifying appropriate third party purchasers, strategic and financial, (c) negotiating the terms and conditions of, and

72655205;2

entering into one or more appropriate letters of intent, term sheets, or purchase and sale agreements in respect of the assets of the Company or a Chapter 11 plan, (d) obtaining any orders, consents or approvals of the Bankruptcy Court and other third parties necessary or appropriate to carry out the transactions contemplated by such agreements or documents, and (e) taking any other actions reasonably necessary in connection therewith.

## General Resolutions

**NOW, THEREFORE, BE IT, RESOLVED**, that in addition to and without limiting the foregoing, each Authorized Person is hereby authorized, empowered and directed on behalf and in the name of the Company to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by such Authorized Person to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful Chapter 11 Case; and be it

**RESOLVED FURTHER**, that any and all actions heretofore taken by any Authorized Person on behalf and in the name of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects; and be it

**RESOLVED FURTHER**, that a signed copy of this Joint Written Consent delivered by facsimile, portable document format (.pdf), DocuSign, or other electronic means will be deemed to be delivery of an originally executed Joint Written Consent.

72655205;2

**IN WITNESS WHEREOF**, the Board and the Manager have executed this Joint Written Consent as of the date first written above.

BOARD OF MANAGERS
OF BE POWERFUL, LLC:

_____
Derek M. Ettinger


SOLE MANAGER OF BPI SPORTS, LLC:

BE POWERFUL, LLC

By: _____
Name:  Derek M. Ettinger
Title:   Manager

## United States Bankruptcy Court
### Southern District of Florida

In re   **BPI SPORTS, LLC**

Case No. _____

Debtor(s)

Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Representative of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   9/18/23

**Derek Ettinger/Authorized Representative**
Signer/Title

ABF FREIGHT SYSTEM, INC.
PO BOX 10048
Fort Smith, AR 72917

ADVANCED BOTANICAL CONSULTING & TESTING
1169 WARNER AVE
Tustin, CA 92780

AE3, LLC
20126 BALLINGER WAY NE 292
Shoreline, WA 98155

AKERMAN LLP
201 East Las Olas Blvd
Suite 1800
Fort Lauderdale, FL 33301

Alabama Department of Revenue
Legal Division
P.O. Box 320001
Montgomery, AL 36132-0001

Alaska Department of Revenue
PO Box 110400
Juneau, AK 99811-0400

Ali Pankow
501 SE 2nd Street AP #636
Fort Lauderdale, FL 33301

ALONSO APPEALS
15757 PINES BOULEVARD, SUITE 222
Pembroke Pines, FL 33027

Alyssa Bergery
655 SW 111th Way
Hollywood, FL 33025

Amazon.com Services LLC
410 Terry Ave N
Seattle, WA 98109

AMERICAN EXPRESS
Travel Related Services Co. In
PO Box 360001
Fort Lauderdale, FL 33336-0001

AMERICAN MEDIA
PO BOX 978504
Dallas, TX 75397

ANDERSEN & ASSOCIATES, INC
30575 ANDERSEN CT.
Wixom, MI 48393

Arizona Department of Revenue
1600 West Monroe St
Phoenix, AZ 85007

Arkansas Department of Finance and Admin
PO Box 1272
Little Rock, AR 72203

ARRIVE LOGISTICS
7701 Metropolis Dr
Building 15
Austin, TX 78744

ATLANTIX PARTNERS
800 CORPORATE DRIVE
SUITE 408
Fort Lauderdale, FL 33334

AVANTI NUTRITIONAL LABS
14101 COMMMERCE WAY
Miami Lakes, FL 33016

AYUMM LLC
2171 NE 1ST AVE
Pompano Beach, FL 33060

BE POWERFUL, LLC
3149 SW 42nd St
Suite 200
Fort Lauderdale, FL 33312

BEASLEY MEDIA
3033 Riviera Dr
#200
Naples, FL 34103


BEST PRICE FREIGHT COMPANY
7811 ALABAMA AVE
SUITE 4
Canoga Park, CA 91304


BlueVine Capital Inc.
30 Montgomery St
Suite 1400
Jersey City, NJ 07302


BOWMAN
NW 109TH AVE AND NW 140TH ST
Hialeah, FL 33018


BRAND NUTRA PACKAGING
85 PRICE PARKWAY
Farmingdale, NY 11735


Broward County Tax Collector
115 S. Andrews Ave
Room A100
Fort Lauderdale, FL 33301


C.H. ROBINSON COMPANY, INC.
14701 CHARLSON Rd
 SUITE 1400
Eden Prairie, MN 55347


California Department of Tax and Fee Adm
Bankruptcy Unit
PO Box 2952
Sacramento, CA 95812-2952


CHERRY BEKAERT LLP
200 SOUTH 10TH ST
SUITE 900
Richmond, VA 23219


Ching Wu
5800 SW 38th Ct
Davie, FL 33314

Chris MacKenzie
12267 NW 49th St
Coral Springs, FL 33076


CHTD Company
PO Box 2576
Springfield, IL 62708


Colorado Department of Revenue
ATTN. Bankruptcy Dept., RM 104
1881 Pierce St
Denver, CO 80214


Comptroller of Maryland
Revenue Administration Center
110 Carroll St
Annapolis, MD 21411-0001


Connecticut Department of Revenue
25 Sigourney St., Ste 2
Hartford, CT 06106-5032


CONTEMPORARY MARKETING, INC.
1569 BARCLAY BLVD
Buffalo Grove, IL 60089


Craig Robert Ettinger
4011 Bobolink Lane
Orlando, FL 32803


CROWN CASTLE FIBER LLC
9250 WEST FLAGLER ST
Miami, FL 33174


DARIA BELARDO
2994 NW 30th Ave
Oakland Park, FL 33311


Davier Maure
2129 W 55th St
Hialeah, FL 33016


DE LAGE LANDEN FINANCIAL SERVICES, INC.
PO Box 41602
Philadelphia, PA 19101-1602

Delaware Department of Finance
820 North French St
Wilmington, DE 19801


Deniz A. Gungor
13340 SW 88 Terrace # A
Miami, FL 33186


Derek Ettinger
311 E Key Palm Rd
Boca Raton, FL 33432


DIGENES SOLUTIONS
237 GERANIUM COURT
Marco Island, FL 34145


District of Columbia Office of Tax and R
1101 4th Street, SW
Suite 270 West
Washington, DC 20024


Donovan Danhausen
13455 Couwlier
Warren, MI 48089


Dun & Bradstreet
5335 Gate Parkway
Jacksonville, FL 32256


ECHO GLOBAL LOGISTICS INC.
22168 NETWORK PLACE
Chicago, IL 60673


Effren Gonzales
1905 NW 155th St
Opa Locka, FL 33054


FEDEX
PO BOX 371461
Pittsburgh, PA 15250


First Corporate Solutions
941 S Street
Sacramento, CA 95811

FIRST INSURANCE FUNDING
450 Skokie Blvd, Ste 1000
Northbrook, IL 60062-7917


Florida Department of Revenue
5050 West Tennessee St
Tallahassee, FL 32399-0100


FRANKLIN NATIONAL
400 CLEMATIS STREET
SUITE 203
West Palm Beach, FL 33401


Frederick Antonie
501 SE 2Nd Street AP #636
Fort Lauderdale, FL 33319


FREIGHT LOGIC, LLC
109 HOLIDAY COURT A-5
Franklin, TN 37067


Fusion Retail Group LLC
410 NW 3rd St
Bentonville, AR 72712


Georgia Department of Revenue
1800 Century Center Blvd
Atlanta, GA 30345-3205


GLOBALTRANZ ENTERPRISES, LLC
P.O. Box 203285
Dallas, TX 75320


GS1 US
PO BOX 71-3034
Columbus, OH 43271


Hawaii Department of Taxation
P.O. Box 259
Honolulu, HI 96809-0259


Hi-Tech Pharmaceuticals
6015-B Unity Dr
Norcross, GA 30071

HI-TECH PHARMACEUTICALS, INC.
6015-B Unity Dr
Norcross, GA 30071-2955


HILLYER LEGAL PLLC
5335 WISCONSIN AVE, NW
SUITE 440
Washington, DC 20015


Himanshu Patel
3923 Passion Flower Rd
Coconut Creek, FL 33073


Idaho State Tax Commission
PO Box 36
Boise, ID 83722-0410


Illinois Department of Revenue
100 West Randolph St
Chicago, IL 60601-3274


INDIA PAULINA
12313 NW 51st St
Coral Springs, FL 33076


Indiana Department of Revenue
100 N. Senate Ave
Indianapolis, IN 46204


INFINITY WORLDS, INC.
2106 S. 54TH ST. STE 4
Rogers, AR 72758


Internal Revenue Service
Centralized Insolvency Operation
P. O. Box 7346
Philadelphia, PA 19101-7346


Iowa Department of Revenue
PO Box 10330
Des Moines, IA 50306-0330

Janet A. Vargas
6710 Bull Run Rd
Apt G163
Miami Lakes, FL 33014


Jannette Miranda
1905 NW 155th St
Opa Locka, FL 33054


Jesse Grobstein
1466 Northeast 182nd St
North Miami Beach, FL 33162


Joe E. Hudson
124 Creek Knoll Ln
Columbia, SC 29212


John Wu
5800 SW 38th Ct
Davie, FL 33314


Jonah Golsmith
5012 Northwest 122nd Ave
Coral Springs, FL 33076


Julissa Cruz
1758 NW 113th Terr
Miami, FL 33167


Kansas Department of Revenue
PO Box 3506
Topeka, KS 66625-3506


Kentucky Department of Revenue
P.O. Box 5222
Frankfort, KY 40602


LEASECRUNCH, LLC
4214 N. MAIN ST
Hartford, WI 53027


Leticia R. Spinella
160 Willowbrook Dr
Bldg 16
North Brunswick, NJ 08902

Lizbeth Serafin
17628 Northwest 63rd Court
Miami Lakes, FL 33015


Louisiana Department of Revenue
Post Office Box 201
Baton Rouge, LA 70821-0201


Maine Revenue Services
PO Box 9107
Augusta, ME 04332-9107


Manuel A. Horta
6803 Loch Ness Dr
Miami Lakes, FL 33014


Massachusetts Department of Revenue
Collections Bureau/Bankruptcy Unit
PO Box 7090
Boston, MA 02204-7090


Michigan Department of Treasury
P.O. Box 30168
Lansing, MI 48909


Mike O'Hearn
6400 W 84th Pl
Los Angeles, CA 90045


Minnesota Department of Revenue
600 North Robert St
Saint Paul, MN 55101


Mississippi Department of Revenue
Bankruptcy Section
PO Box 22808
Jackson, MS 39225-2808


Missouri Department of Revenue
P.O. Box 475
Jefferson City, MO 65105-0475


Montana Department of Revenue
P.O. Box 5805
Helena, MT 59604-5805

Nebraska Department of Revenue
301 Centennial Mall South
P.O. Box 94818
Lincoln, NE 68509-4818


Nevada Department of Taxation
Bankruptcy Section
555 E. Washington Ave
Suite 1300
Las Vegas, NV 89101


New Hampshire Department of Revenue
Pierre O. Boisvert, Collection Division
P.O. Box 454
Concord, NH 03301


New Jersey Department of the Treasury
Bankruptcy Section
PO Box 245
Trenton, NJ 08695-0245


New Mexico Taxation & Revenue Department
Bankruptcy Section
PO Box 8575
Albuquerque, NM 87198-8575


NEW ROCK SPORTS GARMENTS LLC
Office No. 406-B, Baniyas Complex Buildi
Opp. Baniyas, Sequre Metro Station
Deira, Dubai
UNITED ARAB EMIRATES


New York State Dept. of Tax & Finance
POB 5300
Bankruptcy Unit
Albany, NY 12205-0300


NIKI JONES AGENCY, INC.
39 FRONT ST
Port Jervis, NY 12771


Noelia De Jesus Mayer
6950 Halton Park Ln
Coconut Creek, FL 33073

North Carolina Department of Revenue
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168


North Dakota Office of State Tax Commiss
PO Box 5621
Bismarck, ND 58506-5621


Ohio Department of Taxation
Attn: Compliance Business Tax Division
PO Box 2678
Columbus, OH 43216-2678


Oklahoma Tax Commission
Office of the General Counsel
Bankruptcy Section
1201 N. Robinson, Ste 2000W
Oklahoma City, OK 73102


Oregon Department of Revenue
ODR Bkcy
955 Center St NE
Salem, OR 97301-2555


OVERNIGHT LABELS INC.
151-15 WEST INDUSTRY CT
Deer Park, NY 11729


PACIFIC TRIAL ATTORNEYS
Attn. Scott Ferrell, Esq.
4100 Newport Place
Suite 800
Newport Beach, CA 92660


Paul S. McClure
16211 Opal Creek Dr
Weston, FL 33331


PayPal Business Loan
c/o Swift Financial, LLC
3505 Silverside Rd
Wilmington, DE 19810

Pennsylvania Department of Revenue
Department 280946
Harrisburg, PA 17128-0946


PLATINUM CARGO LOGISTICS
PO BOX 42139
Dallas, TX 75265


PRINT PARTNERS LLC
1022 EULALIA Rd
Atlanta, GA 30319


QUARLES & BRADY LLP
2 NORTH CENTRAL AVE
Phoenix, AZ 85004


Rhode Island Department of Revenue
One Capitol Hill
Providence, RI 02908


ROADLY LOGISTICS, LLC
400 Route 34
Suite A
Matawan, NJ 07747


ROBERT HALF
PO BOX 743295
Los Angeles, CA 90074


Rosemary Colon
2623 Plunkett St
Hollywood, FL 33020


Sandra Moro
5224 Taft St
Hollywood, FL 33021


Saxon Business Systems
14025 NW 60th Ave
Miami Lakes, FL 33014-3128


SDC NUTRITION
170 Industry Drive
Pittsburgh, PA 15275

Silvia Cortes
3375 N Country Club Dr
Apt 204
Miami, FL 33180


SIMS GLOBAL SOLUTIONS
6101 Long Prairie Rd
Ste 744-252
Flower Mound, TX 75028


South Carolina Department of Revenue
Office of General Counsel
300A Outlet Pointe Blvd
Columbia, SC 29210


South Dakota Department of Revenue
445 East Capitol Ave
Pierre, SD 57501


SPINS LLC
222 WEST HUBBARD ST #300
Chicago, IL 60654


SPORTZIM LLC
160 Nancy Ln
Wyckoff, NJ 07481


STAPLES
PO BOX 405386
Atlanta, GA 30384


Tennessee Department of Revenue
c/o Tennessee Attorney General's Office
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207


Terrance L. Mobley
5604 NW 19th St
Lauderhill, FL 33313


Terrence R. Johnson
3501 NW 26Th St
Lauderdale Lakes, FL 33311

Texas Comptroller of Public Accounts
P.O. Box 13528, Capitol Station
Austin, TX 78711-3528


Thomas T. McClendon, Esq.
Jones & Walden, LLC
699 Piedmont Ave, NE
Atlanta, GA 30308


Tiffany Graham
501 Hammondville Road #418
Pompano Beach, FL 33060


TIM GARDNER PRODUCTIONS
6601 MEMORIAL HIGHWAY
SUITE 309
Tampa, FL 33615


TOTAL QUALITY LOGISTICS LLC
PO BOX 799
Milford, OH 45150


TRANSAMERICA EMPLOYEE BENFITS
6400 C STREET SW P55
Cedar Rapids, IA 52499


TRIBRIDGE HOLDINGS LLC
P.O. BOX 17673
Denver, CO 80217


UNUM GROUP CORPORATION
1 FOUNTAIN SQUARE
Chattanooga, TN 37402


UPS
PO BOX 7247-0244
Philadelphia, PA 19170


Utah State Tax Commission
210 North 1950 West
Salt Lake City, UT 84134

VENABLE, LLP
750 E. PRATT ST
SUITE 900
Baltimore, MD 21202


Vermont Department of Taxes
133 State St
1st Floor
Montpelier, VT 05633


Virginia Department of Taxation
P.O. Box 1115
Richmond, VA 23218-1115


Vitamin Shoppe Procurement Services, Inc
400 Plaza Dr
Secaucus, NJ 07094


Wal-Mart Stores, Inc.
702 SW 8th St
Bentonville, AR 72716


Walgreen Co.
200 Wilmot Rd
Deerfield, IL 60015


Washington Department of Revenue
Attn: Bankruptcy Unit
2101 4th Ave, Suite 1400
Seattle, WA 98121


WAYFLYER ADVANCES, LLC
746 Willoughby Way
Atlanta, GA 30312


WE GO FOR YOU EXPRESS
10162 NW 87th CT
Medley, FL 33178


West Virginia State Tax Department
Legal - Bankruptcy Unit
P.O. Box 766
Charleston, WV 25323-0766

Whitney A. Reid
12313 NW 51st St
Coral Springs, FL 33076


William Castillo
6133 SW 24 St
Miramar, FL 33023


Wisconsin Department of Revenue
PO Box 8949
Madison, WI 53708-8949


WORLDWIDE EXPRESS
2962 TRIVIUM CIRCLE
 STE 208
Fort Lauderdale, FL 33312


Wyoming Department of Revenue
122 West 25th Street, Suite E301
Herschler Building East
Cheyenne, WY 82002


XPO LOGISTICS FREIGHT, INC.
PO BOX 3745
Portland, OR 97208