| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **BPI SPORTS, LLC** | |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** | ☐ Check if this is an amended filing |
| Case number (if known): | | |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| HI-TECH PHARMACEUTICALS, INC. 6015-B Unity Dr Norcross, GA 30071-2955 | Thomas T. McClendon, Esq. tmcclendon@joneswalden.com 404-564-9300 | trade | | | | $4,927,679.42 |
| AVANTI NUTRITIONAL LABS 14101 COMMMERCE WAY Miami Lakes, FL 33016 | dgarcia@avantinutrition.com (305) 822-3880 | trade | | | | $658,356.79 |
| SDC NUTRITION 170 Industry Drive Pittsburgh, PA 15275 | ryans@sdcnutrition.com (412) 275-3351 | trade | | | | $280,297.42 |
| ATLANTIX PARTNERS 800 CORPORATE DRIVE SUITE 408 Fort Lauderdale, FL 33334 | (954) 654-1759 | financial consultants | | | | $200,000.00 |
| HILLYER LEGAL PLLC 5335 WISCONSIN AVE, NW SUITE 440 Washington, DC 20015 | brogers@hillyerlegal.com (202) 686-2884 | legal | Contingent | | | $189,862.88 |

Debtor **BPI SPORTS, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **NEW ROCK SPORTS GARMENTS LLC**<br>Office No. 406-B, Baniyas Complex Buildi<br>Opp. Baniyas, Sequre Metro Station<br>Deira, Dubai<br>UNITED ARAB EMIRATES | **971-507-7861 ext. 6600** | **prepayment for product not in inventory** | **Contingent** | | | $129,736.80 |
| **VENABLE, LLP**<br>750 E. PRATT ST SUITE 900<br>Baltimore, MD 21202 | **DSSilverman@Venable.com**<br>**(310) 229-0373** | **legal** | | | | $129,150.52 |
| **PRINT PARTNERS LLC**<br>1022 EULALIA Rd<br>Atlanta, GA 30319 | **agraff@printpartnersatl.com**<br>**(404) 964-6698** | **trade** | | | | $106,377.00 |
| **CONTEMPORARY MARKETING, INC.**<br>1569 BARCLAY BLVD<br>Buffalo Grove, IL 60089 | **gimbrogno@contempinc.com**<br>**(224) 507-7832** | **brokers** | | | | $96,894.15 |
| **CHERRY BEKAERT LLP**<br>200 SOUTH 10TH ST SUITE 900<br>Richmond, VA 23219 | **(804) 285-0892** | **professional** | | | | $88,609.25 |
| **AMERICAN MEDIA**<br>PO BOX 978504<br>Dallas, TX 75397 | | **marketing** | **Disputed** | | | $87,632.00 |
| **WORLDWIDE EXPRESS**<br>2962 TRIVIUM CIRCLE<br>STE 208<br>Fort Lauderdale, FL 33312 | **collections@wwex.com**<br>**(484) 403-4924** | **freight** | | | | $69,214.96 |
| **INFINITY WORLDS, INC.**<br>2106 S. 54TH ST. STE 4<br>Rogers, AR 72758 | **Stephanie Dake**<br>**stephanie.dake@infinityworlds.com**<br>**479-866-7659** | **marketing** | **Disputed** | | | $63,404.27 |

Debtor **BPI SPORTS, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **BRAND NUTRA PACKAGING** 85 PRICE PARKWAY Farmingdale, NY 11735 | apollichino@brandnutra.com (631) 249-4811 | trade | | | | $48,770.00 |
| **QUARLES & BRADY LLP** 2 NORTH CENTRAL AVE Phoenix, AZ 85004 | Yancy.Littler@quarles.com (602) 229-5582 | legal | | | | $45,676.89 |
| **SPORTZIM LLC** 160 Nancy Ln Wyckoff, NJ 07481 | C. Nikhil Shah  201-450-6423 | prepayment for product not in inventory | Contingent | | | $39,062.70 |
| **PACIFIC TRIAL ATTORNEYS** Attn. Scott Ferrell, Esq. 4100 Newport Place Suite 800 Newport Beach, CA 92660 | Scott Ferrell, Esq. sferrell@pacifictrialattorneys.com 949-706-6464 | Balance owed under Confidential Settlement Agreement and Mutual Release dated April 11, 2023 | | | | $35,000.00 |
| **GLOBALTRANZ ENTERPRISES, LLC** P.O. Box 203285 Dallas, TX 75320 | o.moreno@globaltranz.com (786) 890-1886 | services | | | | $30,900.00 |
| **WAYFLYER ADVANCES, LLC** 746 Willoughby Way Atlanta, GA 30312 | mcanotices@wayflyer.com | Loan Agreement dated May 9, 2023 | | | | $27,000.54 |
| **ALONSO APPEALS** 15757 PINES BOULEVARD, SUITE 222 Pembroke Pines, FL 33027 | alonso@alonsoappeals.com (954) 667-8675 | legal | | | | $22,358.55 |