UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                                    Chapter 11, Subchapter V

BPI SPORTS, LLC                                           Case No. 23-17463

       Reorganized Debtor.

_____/

## REORGANIZED DEBTOR'S DECLARATION OF DISBURSEMENTS FOR THE POST-CONFIRMATION PERIOD OF APRIL 1, 2024, THROUGH JUNE 30, 2024

      I, Chris MacKenzie, Chief Executive Officer of the Reorganized Debtor, hereby declare

that the following is true to the best of my knowledge, information, and belief. Based upon reports

provided to me by Noelia Mayer, Chief Financial Officer of the Reorganized Debtor, the

Reorganized Debtor made the following distributions during the post-confirmation period of April

1, 2024, through June 30, 2024:

| | |
|---|---|
| Operating Expenses | $3,583,131.23 |
| Other Non-Operating Expenses | |
| | |
| Administrative Expense Claims (including Professional Fees) | |
| Priority Tax Claims | $0 |
| Class 1 – Hi-Tech Pharmaceuticals, Inc. | |
| Class 2 – Priority Wage Claims | |
| Class 3 – General Unsecured Claims | $60,000 |
| Class 4 - Affiliates | |
| Total Plan Payments | |
| | |
| Total Distributions | $3,643,131.23 |

      I declare under penalty of perjury that the foregoing is true and correct. Executed on July

22, 2024.

Chris MacKenzie, Chief Executive Officer
BPI Sports, LLC