UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:  Chapter 11, Subchapter V

BPI SPORTS, LLC  Case No. 23-17463

Reorganized Debtor.
_____/

**REORGANIZED DEBTOR'S DECLARATION OF DISBURSEMENTS FOR THE POST-CONFIRMATION PERIOD OF JULY 1, 2024, THROUGH SEPTEMBER 30, 2024**

I, Chris Mackenzie, Chief Executive Officer of the Reorganized Debtor, hereby declare that the following is true to the best of my knowledge, information, and belief. Based upon reports provided to me by Noelia Mayer, Chief Financial Officer of the Reorganized Debtor, the Reorganized Debtor made the following distributions during the post-confirmation period of July 1, 2024, through September 30, 2024:

| | |
|---|---|
| Operating Expenses | $3,359,135.17 |
| Other Non-Operating Expenses | |
| | |
| Administrative Expense Claims (including Professional Fees) | |
| Priority Tax Claims | $7,996.02 |
| Class 1 – Hi-Tech Pharmaceuticals, Inc. | |
| Class 2 – Priority Wage Claims | |
| Class 3 – General Unsecured Claims | |
| Class 4 - Affiliates | |
| Total Plan Payments | |
| | |
| Total Distributions | $3,367,131.19 |

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 13, 2024.

_____
Chris Mackenzie, Chief Executive Officer
BPI Sports, LLC