# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                                    Case No.: 23-17463-SMG
BPI SPORTS, LLC                                                              Chapter 11
      Debtor.
_____/

## SUPPLEMENT TO FIRST AND FINAL POST CONFIRMATION FEE APPLICATION OF SUBCHAPTER V TRUSTEE TAREK KIEM (ECF NO. 168)

COMES NOW, TAREK KIEM, Subchapter V Trustee (the "Trustee") in the case of BPI SPORTS, LLC, the Debtor and Debtor-in-Possession (the "Debtor"), who supplements his First and Final Post Confirmation Fee Application ("Final Fee Application")(ECF No. 168) and states:

1. On September 18, 2023, the Debtor filed a voluntary petition in this Court for relief under Subchapter V of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

2. On September 19, 2023, the U.S. Trustee appointed the Trustee in this case pursuant to 11 U.S.C. 1183(a) (ECF No. 25). Since that time, the Trustee has performed his duties as required by the Bankruptcy Code.

3. On December 6, 2024, the Trustee filed his Final Fee Application that sought fees in the amount of $2,160.00 and costs in the amount of $0.00, for a total amount due of $2,160.00.

4. Since the filing of the Final Fee Application and through to and including the hearing on January 8, 2025, the Trustee has incurred $210.00 in fees and $182.31 in expenses for a total of $392.31. See attached Exhibit "A" for details.

WHEREFORE, the applicant seeks an order awarding to Subchapter V Trustee Tarek Kiem fees in the amount of $2,370.00 and costs in the amount of $182.31, for a total amount of

$2,552.31 and requests that the Debtor be authorized to disburse payment of the awarded fees and costs forthwith, and for such other and further relief as this Court deems just and proper.

         Tarek Kiem
         Subchapter V Trustee
         P.O. Box 541325
         Greenacres, FL 33454
         Telephone: (561)600-0406, Facsimile: (561)763-7355
         Email: trustee@kiemlaw.com

        By:  /s/ Tarek K. Kiem
          Tarek K. Kiem
          Florida Bar No 0637041

Dated: January 3, 2025
**A certificate of service conforming to Local Rule 2002-1(F) will be separately filed.

# EXHIBIT "A"

## Kiem Law, PLLC

## INVOICE

8461 Lake Worth Road, Suite 114
Lake Worth, Florida 33467
Phone: (561)600-0406
Fax: (561)763-7355
Email: tarek@kiemlaw.com
kiemlaw.com

Invoice # 3696
Date: 01/03/2025

The United States Trustee
51 SW First Ave, Suite 1204
Miami, FL 33130

## 00297-The United States Trustee

## 23-17463-SMG BPI SPORTS, LLC

### Services

| Date | Attorney | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 12/19/2024 | Tarek Kiem | Fee/Employment Applications: Review debtor's motion to appear by Zoom and resulting order. | 0.10 | $300.00 | $30.00 |
| 01/03/2025 | Tarek Kiem | Fee/Employment Applications: Prepare fee supplement. | 0.10 | $300.00 | $30.00 |
| 01/08/2025 | Tarek Kiem | Fee/Employment Applications: Prepare for and attend fee application hearing. | 0.50 | $300.00 | $150.00 |
| | | | | **Services Subtotal** | **$210.00** |

### Expenses

| Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|
| 12/13/2024 | Postage for Notice of Hearing on Trustee Final Post Confirmation Fee Application. | 177.00 | $0.73 | $129.21 |
| 12/13/2024 | Copy expense for Notice of Hearing on Trustee Final Post Confirmation Fee Application. | 354.00 | $0.15 | $53.10 |
| | | | **Expenses Subtotal** | **$182.31** |
| | | | **Subtotal** | **$392.31** |
| | | | **Total** | **$392.31** |