UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

In re:                                                           Chapter 11 (Subchapter V)

BPI SPORTS, LLC.                                                 Case No. 23-17463-SMG

         Debtor.

_____/

---

### Chapter 11 Subchapter V Trustee's Report of No Distribution

I, *Tarek Kiem*, having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $18,032.31. A non-consensual plan was confirmed on 10/20/2023. No plan payments were made to the trustee. According to the debtor, the plan substantially was consummated and, pursuant to 11 U.S.C. § 330(a) [or 11 U.S.C. 586(e)(5), as applicable], on 10/24/2023 and 1/9/2025 the Court ordered compensation of $15,480.00 and $2,552.31 respectively be awarded to the trustee. These funds have been paid by the debtor to the trustee. I hereby certify that my administration of the estate of the above-named debtor(s) has been completed. I request that I be discharged from any further duties as trustee.

Date: January 14, 2025

By: _____/s/ Tarek Kiem_____
Tarek Kiem, Subchapter V Trustee
Florida Bar No. 0637041
Kiem Law, PLLC
P.O. Box 541325
Greenacres, FL 33454
Telephone:  (561) 600-0406,
Facsimile: (562) 763-7355
Email: trustee@kiemlaw.com

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(v)-NDR F**