

ORDERED in the Southern District of Florida on February 19, 2025.

_____
Scott M. Grossman, Judge
United States Bankruptcy Court

---

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

Case Number: 23-17463-SMG

Chapter: 11

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

**BPI SPORTS, LLC**
3149 SW 42nd Street, Suite 200
Fort Lauderdale, FL 33312
Tax ID / EIN: 27-1669762

## ORDER DISCHARGING CHAPTER 11 SUBCHAPTER V TRUSTEE AND FINAL DECREE CLOSING CASE

**Tarek Kirk Kiem**, having been appointed Chapter 11 Subchapter V Trustee of the estate of the above-named debtor, has filed a Final Report certifying that the trustee has completed all trustee duties in administering the case. Accordingly, it is

**ORDERED** that,

The Chapter 11 Subchapter V Trustee, **Tarek Kirk Kiem**, is discharged from any further duties as trustee for the estate of the above-named debtor and this case is **CLOSED**.

# # #